# United States District Court

Eastern District of Wisconsin

JAMES H. OSWALD,       JUDGMENT IN A CIVIL CASE
    Plaintiff,

    v.

         CASE NUMBER: 01-C-689

GERALD A. BERGE,
    Respondent.

[X]    Decision by Court. This action came for consideration before the Court.

    IT IS ORDERED AND ADJUDGED
that the petition for a writ of habeas corpus is denied and this case is dismissed.

    SOFRON B. NEDILSKY
    Clerk of Court

June 21, 2006      V. Kelly Barton Terry
Date      (By) Deputy Clerk

    Approved this 21st day of June, 2006.

    AARON E. GOODSTEIN
    United States Magistrate Judge